

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00077-CV

| | | |
|---|---|---|
| Brandon Kyle Sherrill | § | From the 233rd District Court |
| | § | of Tarrant County (233-542854-13) |
| v. | § | October 30, 2014 |
| Toni Ann Sherrill | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Brandon Kyle Sherrill shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier